IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRENCH CROOK, III, as TRUSTEE OF THE HARBOR LIGHTS 2625 LAND TRUST, | § § § | |
| vs. | § § | Civil Action No. 4:22-CV-418-ALM-KPJ |
| AMERIHOME MORTGAGE COMPANY, LLC | § § § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff French Crook, III, as Trustee of the Harbor Lights 2625 Land Trust ("Plaintiff") files this Stipulation of Dismissal (the "Stipulation"), and would respectfully show as follows:

1. Plaintiff commenced this action against defendant AmeriHome Mortgage Company, LLC ("AmeriHome") on March 25, 2022, which was thereafter removed to this Court on May 17, 2022.

2. Plaintiff no longer desires to pursue any of his claims against AmeriHome and, pursuant to FED. R. CIV. P. 41(a), hereby dismisses all claims that were asserted in this action.

3. This is not a class action, no receiver has been appointed and AmeriHome has not filed a counterclaim against Plaintiff. As evidenced by its counsel's signature below, AmeriHome has stipulated to this dismissal by Plaintiff.

Accordingly, Plaintiff French Crook, III, as Trustee of the Harbor Lights 2625 Land Trust respectfully requests that the Court approve the Stipulation and enter an order dismissing the above-entitled and numbered civil action, with all costs being assessed to the party incurring same.

                                                                 Respectfully submitted,

                                                                 By:/s/ *Kenneth S. Harter*
                                                                      Kenneth S. Harter
                                                                      State Bar ID 09155300
                                                                      5080 Spectrum Dr. Suite 1000-E.
                                                                      Addison, Tx. 75001
                                                                      (972) 752-1928
                                                                      FAX (214) 206-1491
                                                                      kenharterlawyer@gmail.com

                                              Attorney for Plaintiff French Crook, III, as Trustee of the Harbor Lights 2625 Land Trust

**STIPULATED AND AGREED:**

By:    */s/ Joshua A. Huber*
      Joshua A. Huber
      Texas Bar No. 24065457
      BLANK ROME LLP
      717 Texas Avenue, Suite 1400
      Houston, Texas 77002
      (713) 228-6601
      (713) 228-6605 (fax)
      josh.huber@blankrome.com

Attorney for Defendant, AmeriHome Mortgage Company, LLC